United States Courts
Southern District of Texas
FILED

MAY 2 2 2019

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | RECORD OF GRAND JURORS CONCURRING |
| | § | |
| v. | § | |
| | § | CRIMINAL NUMBER |
| EMILSON SIERRA-AVILA | § | |
| AKA ANTHONY JADIEL PEREZ-AVILAR | § | |
| AKA ANTHONY J. PEREZ-AVILAR | § | **C - 1 9 - 5 0 9** |
| AKA EMILSON SIERRA-AVILAR | § | |
| AKA ANTHONNEY JADIEL PEREZ-AVILA | § | |
| AKA EMILSON EVANY SIERRA-AVILA | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about May 13, 2019, in the Southern District of Texas, Corpus Christi Division and within the jurisdiction of the Court, the defendant,

EMILSON SIERRA-AVILA
AKA ANTHONY JADIEL PEREZ-AVILAR
AKA ANTHONY J. PEREZ-AVILAR
AKA EMILSON SIERRA-AVILAR
AKA ANTHONNEY JADIEL PEREZ-AVILA
AKA EMILSON EVANY SIERRA-AVILA,

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully was present in the United States having been found at or near Brooks County, Texas, without having obtained consent to reapply for admission into the United States from the Attorney General of the United States or the Secretary of the Department of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By:    _____

NEEL KAPUR
Assistant United States Attorney